### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **INDEPENDENCE BLUE CROSS** | : | NO. 22-2412 |

### ORDER

**NOW**, this 22nd day of July, 2022, upon consideration of Plaintiff's Motion to Proceed in Anonymity (Doc. No. 2), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The plaintiff may proceed using the name Jane Doe;

2. Plaintiff shall file a complaint in her name under seal;

3. The original complaint naming the plaintiff as Jane Doe will be the operative complaint;

4. Plaintiff shall serve both the original complaint and the complaint filed under seal together with the summons and a copy of this Order on the defendant;

5. All parties shall refer to the plaintiff as Jane Doe throughout this litigation; and

6. All documents and other papers filed in this action containing the plaintiff's identity shall substitute Jane Doe for her name.

/s/ TIMOTHY J. SAVAGE J.