# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **INDEPENDENCE BLUE CROSS** | : | **NO. 22-2412** |

## ORDER

**NOW**, this 27th day of September, 2022, upon consideration of the plaintiff's failure to serve the Summons and Complaint, and to respond to the Notice sent to counsel dated September 15, 2022 (Doc. No. 6), it is **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.